IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LINDA BALDWIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| KENT SULLIVAN, *in his official capacity as the Commissioner of the Texas Department of Insurance*; TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION; and OFFICE OF INJURED EMPLOYEE COUNSEL; | § § § § § § § § § | 1:18-CV-36-RP |
| Defendants. | § § | |

**<u>ORDER</u>**

Plaintiff Linda Baldwin ("Baldwin") filed her Complaint on January 17, 2018. (Dkt. 1). On October 15, 2018, the Court granted motions to dismiss filed by Defendants Kent Sullivan and Texas Department of Insurance Division of Workers' Compensation. (Dkt. 44). At the time, Defendant Office of Injured Employee Counsel ("OIEC")—the only remaining defendant—had not yet been served or otherwise appeared in this action. Accordingly, the Court issued an order to show cause for Plaintiff's failure to timely effectuate service pursuant to Federal Rule of Civil Procedure 4(m). (Dkt. 44, at 12). The Court further warned that failure to do so may result in dismissal of this action against that defendant. (*Id.*).

Baldwin responded to the Court's show cause order on October 24, 2018. (Dkt. 46). There, she clarifies that she only intended to sue Kent Sullivan in his official capacity; she never added the OIEC as a defendant, and including it was a "clerical error." (*Id.* at 1–2, 3). Baldwin explains that including the OIEC was only a reference to Sullivan's job description. (*Id.* at 1–2). Thus, she asks the Court to correct the clerical mistake pursuant to Federal Rule of Civil Procedure 60(a) ("The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is

found in a judgment, order, or other part of the record."). Based on this explanation, the Court construes Baldwin's response as a notice of voluntary dismissal against the OIEC under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The OIEC has not been served, nor has it served an answer or a motion for summary judgment.

Accordingly, the Court **ORDERS** that all claims brought by Baldwin against Defendant OIEC in this action be **DISMISSED** without prejudice. *See* FED. R. CIV. P. 41(a)(1)(A)(i).

**IT IS FURTHER ORDERED** that this case is **CLOSED**; all open motions are **DENIED AS MOOT**.

**SIGNED** on October 25, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE